UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

NATIONAL LABOR RELATIONS BOARD,

                           Petitioner,

            v.

KADOURI INTERNATIONAL FOODS, INC, and
HK MARKETING CORP.,

                           Respondents,

            and

JP MORGAN CHASE BANK, N.A.,

                           Garnishee,
            and

STAR SNACKS CO., LLC,

                           Garnishee.

----------------------------------------------------------------x

**MEMORDANDUM & ORDER**
13-MC-0251 (MKB)

MARGO K. BRODIE, United States District Judge:

The National Labor Relations Board ("Petitioner" or "Board") filed a motion, *ex parte*, on March 22, 2013, pursuant to the Federal Debt Collection Procedure Act of 1990 ("FDCPA"), 28 U.S.C. §§ 3001–3308, seeking the issuance of a prejudgment writ of garnishment against the property of respondent Kadouri International Foods, Inc. ("Kadouri") and respondent HK Marketing Corp. ("HK Marketing"). By Report and Recommendation ("R&R") dated May 31, 2013, Magistrate Judge Robert Levy recommended that the Court grant Petitioner's motion and issue a prejudgment writ of garnishment to JP Morgan Chase Bank, N.A. and Star Snacks Co., LLC (the "Garnishees"), in an amount not to exceed $19, 049.80. (Docket Entry No. 3.)

A district court reviewing a magistrate judge's recommended ruling "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). This Court has reviewed the R&R, and, finding no clear error, the Court adopts Magistrate Judge Levy's R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1). Petitioner's *ex parte* motion for a prejudgment writ of garnishment is granted.

SO ORDERED:

/s/ Margo K. Brodie

MARGO K. BRODIE
United States District Judge

Dated: July 24, 2013
Brooklyn, New York

2